UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    **ORDER**
v.                                  :
                                    :    14 CR 420 (VB)
RICKY PATRICK HESTER,               :
                    Defendant.      :
--------------------------------------------------------x

In a letter dated March 13, 2021, defendant Ricky Patrick Hester, proceeding pro se, seeks a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), based on what he claims to be underlying health conditions that put him at risk of serious complications if he were to contract COVID-19. He states that he has not exhausted his administrative remedies under the statute, although it is not entirely clear that that is the case. He also requests the appointment of counsel. A copy of the letter and its attachments will be separately docketed.

Under the circumstances, the Court appoints Jason I. Ser, Esq., who originally represented Hester in his criminal case, as counsel for Hester in this matter.

By April 30, 2021, Mr. Ser shall file a supplemental submission, addressing the exhaustion issue as well as the merits. Within two weeks of Mr. Ser's supplemental submission, the government shall file its response. No reply shall be submitted absent prior permission of the Court.

Chambers will mail a copy of this Order to defendant at the following address:

Ricky Patrick Hester, Reg. No. 69729-054
FTC Oklahoma City
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK  73189

Dated: March 30, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge